# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN ABDALLAH ALIAHMAD, ) | NO. CV 18-8499-AG (KS) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| GERALD MORRIS, Warden, ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 12, 2019

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE